AO91 (Rev. 12/03) Criminal Complaint AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
**vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:12-po-02718

Ignacio GARCIA-Gonzalez
IAE A088 815 911
Mexico 1990

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 22, 2012** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,
**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**
I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:
**Ignacio GARCIA-Gonzalez was encountered by Border Patrol Agents near Roma, Texas on April 22, 2012. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on April 22, 2012, by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

/S/ Solis, Jesus Border Patrol Agent
Signature of Complainant

Solis, Jesus Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 24, 2012 at McAllen, Texas
Date City/State

Dorina Ramos U.S. Magistrate Judge
Name of Judge Title of Judge

Signature of Judge